*In re* FUNDACIÓN FACULTAD DE DERECHO EUGENIO MARÍA DE HOSTOS, peticionaria.

*Número:* MC-96-25          *Resuelto:* 4 de septiembre de 1997

*José A. Cuevas Segarra*, abogado de la peticionaria.

## RESOLUCIÓN

El 27 de agosto de 1997, la Fundación Facultad de Derecho Eugenio María De Hostos (en adelante F.F.D.E.M.H.) presentó ante este Tribunal una moción mediante la cual expresaba su parecer con respecto a nuestras Resoluciones de 13 de agosto y 22 de agosto de 1997, sobre el tema de

epígrafe. Además, presentaron en la moción referida dos (2) solicitudes, las cuales pasamos de inmediato a resolver, sin expresar criterio alguno en este momento sobre la parte expositiva de dicha moción.

Respecto a la solicitud de que aclaremos nuestras Resoluciones de 13 y 22 de agosto, *no ha lugar*. No tenemos nada que aclarar. Respecto a la solicitud de que se dé por cumplida nuestra encomienda a la F.F.D.E.M.H. de notificar a todos sus estudiantes actuales y futuros nuestra Resolución de 13 de agosto de 1997, *no ha lugar*.

Se instruye a la F.F.D.E.M.H. que para cumplir a cabalidad la encomienda referida, y hasta que este Tribunal disponga otra cosa, deberá notificar con una copia de nuestra Resolución de 13 de agosto de 1997: (1) a cada uno de sus estudiantes actuales; (2) a cualquiera que esté en vías de ser admitido a dicha institución, y (3) a cualquier candidato que solicite la admisión a partir de la fecha en que esta Resolución se le notifique.

El Decano de la Escuela de Derecho Eugenio María De Hostos deberá certificar a este Tribunal, bajo juramento, el cumplimiento con lo que aquí se dispone, dentro de un término de veinte (20) días, con respecto a los estudiantes o candidatos a estudiantes que les sea actualmente aplicable lo aquí dispuesto, y al finalizar cada semestre académico, con respecto a estudiantes futuros o candidatos a estudiantes.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Negrón García y Rebollo López, y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*